UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00012-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VICTOR TAPIA-LUNA,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is scheduled for **Thursday, March 25, 2010 at 3:00 pm in courtroom A-1002.**

    Dated:  February 22, 2010

-1-